**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LINDA WELLS,

    Plaintiff,

                                                     CASE NO.:  3:17-CV-01033-MMH-JBT

-vs-

UNITED AUTO CREDIT CORPORATION,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff, Linda Wells, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to William J. Denius, 2 South Orange Avenue, 5th Floor Orlando FL 32801 via electronic mail on this 14th day of March, 2018.

                                              */s/ Octavio Gomez*
                                              Octavio Gomez, Esquire
                                              Florida Bar No.: 0338620
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 N. Franklin Street, 7th Floor
                                              Tampa, Florida 33602
                                              Tele:  (813) 223-5505
                                              Fax:  (813) 223-5402
                                              Primary Email: TGomez@ForThePeople.com
                                              Secondary Email: LDobbins@ForThePeople.com
                                              *Attorney for Plaintiff*